**Order entered March 20, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00986-CR

## CHRISTOPHER DEWAYNE JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F18-57558-V**

### ORDER

Before the Court is appellant's March 17, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before March 31, 2020.

/s/    CORY L. CARLYLE
JUSTICE